FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 SEP 12 AM 10: 04
CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| ANTWAUNE GUEST, | )<br>) |
| Movant, | )<br>) |
| v. | ) Case No. CV611-130<br>) CR610-004 |
| UNITED STATES OF AMERICA, | )<br>) |
| Respondent. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 12 day of Sept., 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA